# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| VAUDIS H., <br><br> **Plaintiff,** <br><br> v. <br><br> **KILOLO KIJAKAZI,** <br> **Acting Commissioner of Social Security,** <br><br> **Defendant.** | JUDGMENT IN A CIVIL CASE <br><br> Case No. 2:23-cv-00143-JCB <br><br> Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that Acting Commissioner of Social Security Kilolo Kijakazi's ("Commissioner") decision in this case is REVERSED under sentence four of 42 U.S.C. § 405(g), and this case is REMANDED to the Commissioner for further administrative proceedings.

DATED this 17th day of November 2023.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge